THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM F. SCHULTZ and CHARLES EVANS, Appellants.

(Submitted February 25, 1935; decided March 5, 1935.)

*Walter C. Newcomb, District Attorney (Wellington J. Wetherbee* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.